UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL NO. 3 11 0415 |
| v. | ) | |
| | ) | JUDGE |
| CONTENTS OF ACCOUNT | ) | |
| 4001323450 IN THE NAME OF 4P5P, INC. | ) | |
| AT RBS CITIZEN N.A. IN | ) | |
| WILLIAMSVILLE, NY AND | ) | |
| ALL FUNDS DEPOSITED NOW AND IN THE | ) | JUDGE TRAUGER |
| FUTURE AND ANY FUNDS TRACEABLE | ) | |
| THERETO | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER SEALING CIVIL FORFEITURE COMPLAINT
### AND RELATED DOCUMENTS

The United States of America, having applied to this Court for an Order sealing the Verified Complaint for Forfeiture and all other documents related to this matter and the Court finding good cause:

IT IS HEREBY ORDERED that the pleadings and other documents filed in this matter shall be sealed until further order of the Court, but that the pleadings and other documents filed in this case are unsealed for the following limited purposes:

1. The Clerk of the Court may provide three certified copies of the documents to the United States;

2. The existence of the Verified Complaint for Forfeiture and associated documents may be disclosed in any subsequent protective order which may be executed in connection with

the arrest of the contents of account 4001323450 held in the name of 4p5p, Inc. at RBS Citizens N.A. in Williamsville, New York;

3. The Arrest Warrant *in Rem* may be disclosed to and served on the custodian bank holding the asst subject to arrest.

SO ORDERED.

~~DISTRICT COURT JUDGE~~
U.S. Magistrate Judge.

Dated: May 3, 2011
Nashville, Tennessee